| **Fill in this information to identify the case:** |
|---|
| United States Bankruptcy Court for the: |
| SOUTHERN DISTRICT OF NEW YORK |
| Case number *(if known)* _____  Chapter  **7** |

☐ Check if this is an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  
73 Market Lessee LLC

**2. All other names debtor used in the last 8 years**  
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN)  
83-3351642

**4. Debtor's address**

Principal place of business:  
73 Market Street  
Venice, CA 90291  
Number, Street, City, State & ZIP Code

Los Angeles  
County

Mailing address, if different from principal place of business:  
P.O. Box, Number, Street, City, State & ZIP Code

Location of principal assets, if different from principal place of business:  
Number, Street, City, State & ZIP Code

**5. Debtor's website** (URL)  

**6. Type of debtor**  
☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
☐ Partnership (excluding LLP)  
☐ Other. Specify: _____

Debtor  **73 Market Lessee LLC**  Case number (*if known*) _____
       Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   __5311__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

■ Chapter 7
☐ Chapter 9
☐ Chapter 11. *Check **all** that apply*:

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
   ☐ A plan is being filed with this petition.
   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

Debtor **73 Market Lessee LLC**    Case number (*if known*) _____

Name

| List all cases. If more than 1, attach a separate list | Debtor | **Neuehouse, Inc.** | Relationship | **Parent Company** |
|---|---|---|---|---|
| | District | **Southern District of New York** When **9/05/25** | Case number, if known | **25-11937** |

**11. Why is the case filed in *this district?***    *Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.    Insurance agency _____
    Contact name _____
    Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**    *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☒ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
☒ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☒ $500,001 - $1 million
☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Debtor **73 Market Lessee LLC**
Name

Case number (*if known*)

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **September 8, 2025**
MM / DD / YYYY

**X /s/ Marcel Reichart**  **Marcel Reichart**
Signature of authorized representative of debtor    Printed name

Title **Chief Executive Officer**

**18. Signature of attorney**

**X /s/ Todd E. Duffy**    Date **September 8, 2025**
Signature of attorney for debtor    MM / DD / YYYY

**Todd E. Duffy**
Printed name

**DuffyAmedeo LLP**
Firm name

**132 West 31st Street**
**9th Floor**
**New York, NY 10001**
Number, Street, City, State & ZIP Code

Contact phone **(212) 729-5832**    Email address **tduffy@duffyamedeo.com**

**NY**
Bar number and State

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 4

# United States Bankruptcy Court
## Southern District of New York

In re: **73 Market Lessee LLC**
Debtor(s)

Case No.
Chapter **7**

# VERIFICATION OF CREDITOR MATRIX

I, the Chief Executive Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **September 8, 2025**

**/s/ Marcel Reichart**
**Marcel Reichart**/**Chief Executive Officer**
Signer/Title

```
60 MARKET JV LLC
11693 SAN VICENTE BOULEVARD
SUITE 444
LOS ANGELES, CA 90049


73 MARKET STREET, LLC
10866 WILSHIRE BOULLEVARD
LOS ANGELES, CA 90024


AIR CONTROL SYSTEMS
1940 S. GROVE AVENUE
ONTARIO, CA 91761


ALLUVIAL WINES, INC.
3 MUTH DRIVE
ORINDA, CA 94563


AMAZON CAPITAL SERVICES, INC.
PO BOX 035184
SEATTLE, WA 98124-5184


ATHENS SERVICES
PO BOX 54957
LOS ANGELES, CA 90054-0957


CALIFORNIA DEPT. OF TAX & FEE
651 BANNON STREET
SUITE 100
SACRAMENTO, CA 95811-0299


CROWN CASTLE FIBER, LLC
PO BOX 21653
NEW YORK, NY 10087-1653


FLU STEAM, INC.
5734 BANKFIELD AVENUE
CULVER CITY, CA 90230


FOUR STAR SEAFOOD LAX, INC.
1315 EGBERT AVENUE
SAN FRANCISCO, CA 94124


HARTFORD FIRE INSURANCE CO.
PO BOX 660916
DALLAS, TX 75266-0916
```

```
HOSPITALITY BY BERNARD LLC C/O
REV CAPITAL
1732 AVIATION BOULEVARD
REDONDO BEACH, CA 90278


IMPERIAL DADE
PO BOX 27305
NEW YORK, NY 10087


INDIVIDUAL FOOD SERVICE
5496 LINDBERGH LANE
BELL GARDENS, CA 90201


LA COLOMBE TORREFACTION
2620 EAST TIOGA STREET
PHILADELPHIA, PA 19134


LOS ANGELES COUNTY TAX COLLECT
225 NORTH HILL STREET
ROOM 122
LOS ANGELES, CA 90012


LUXE SEAFOOD CO.
732 S. ALAMEDA STREET
LOS ANGELES, CA 90021


MAIDEN VENTURES, LLC
245 E. 87TH STREET
SUITE 14G
NEW YORK, NY 10128


MODERN DAY MARKETING DBA
GRAND NATURAL
3111 NORTH TUSTIN STREET
ORANGE, CA 92865


NATURE'S PRODUCE
3305 BANDINI BOULEVARD
VERNON, CA 90058


PACIFIC COAST PROPANE
539 W. MAIN STREET
ONTARIO, CA 91762
```

PESTPOINT EXTERMINATOR CO.
3206 MARINE AVENUE
GARDENA, CA 90249


PICO CLEANERS
9150 W. PICO BOULEVARD
LOS ANGELES, CA 90035


REN ACQUISITION, INC.
2771 NAPA VALLEY CORPORATE DR.
NAPA, CA 94558


REVEL WINE LLC
PO BOX 11106
OAKLAND, CA 94611


RIPPI LABS, INC.
100 MASPETH AVENUE
BROOKLYN, NY 11211


ROYALTY COMMERCIAL CLEANING
1131 23RD STREET
SANTA MONICA, CA 90403


SAFETYPARK CORP
13420 BEACH AVENUE
MARINA DEL REY, CA 90292


SALESFORCE.COM, INC.
PO BOX 203141
DALLAS, TX 75320-3141


SOCALGAS
PO BOX C
MONTEREY PARK, CA 91756-5111


SOUTHERN GLAZER'S OF CA SOUTH
2501 HOOVER STREET
LOS ANGELES, CA 90007


SUMMA HAWAII, INC.
970 NORTH KALAHEO AVENUE
KAILUA, HI 96734

```
TOAST INC.
401 PARK DRIVE
BOSTON, MA 02215


VANCE WINE SELECTIONS
5146 NORTH COMMERCE AVENUE
MOORPARK, CA 93021


WEST COAST PRIME MEATS, LLC
344 CLIFFWOOD PARK STREET
BREA, CA 92821


WORLDWIDE PRODUCE
PO BOX 54399
LOS ANGELES, CA 90054


YEE YUEN LINEN SERVICE
2575 S. NORMANDIE AVENUE
LOS ANGELES, CA 90007
```