# United States Bankruptcy Court
## Southern District of New York

In re  **73 Market Lessee LLC**                                        Case No.  **25-11946**
                              Debtor(s)                                Chapter   **7**

# VERIFICATION OF CREDITOR MATRIX

I, the Chief Executive Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **September 8, 2025**                    **/s/ Marcel Reichart**
                                                **Marcel Reichart**/**Chief Executive Officer**
                                                Signer/Title

```
60 MARKET JV LLC
11693 SAN VICENTE BOULEVARD
SUITE 444
LOS ANGELES, CA 90049


73 MARKET STREET, LLC
10866 WILSHIRE BOULLEVARD
LOS ANGELES, CA 90024


AIR CONTROL SYSTEMS
1940 S. GROVE AVENUE
ONTARIO, CA 91761


ALLUVIAL WINES, INC.
3 MUTH DRIVE
ORINDA, CA 94563


AMAZON CAPITAL SERVICES, INC.
PO BOX 035184
SEATTLE, WA 98124-5184


ATHENS SERVICES
PO BOX 54957
LOS ANGELES, CA 90054-0957


CALIFORNIA DEPT. OF TAX & FEE
651 BANNON STREET
SUITE 100
SACRAMENTO, CA 95811-0299


CROWN CASTLE FIBER, LLC
PO BOX 21653
NEW YORK, NY 10087-1653


FLU STEAM, INC.
5734 BANKFIELD AVENUE
CULVER CITY, CA 90230


FOUR STAR SEAFOOD LAX, INC.
1315 EGBERT AVENUE
SAN FRANCISCO, CA 94124


HARTFORD FIRE INSURANCE CO.
PO BOX 660916
DALLAS, TX 75266-0916
```

```
HOSPITALITY BY BERNARD LLC C/O
REV CAPITAL
1732 AVIATION BOULEVARD
REDONDO BEACH, CA 90278


IMPERIAL DADE
PO BOX 27305
NEW YORK, NY 10087


INDIVIDUAL FOOD SERVICE
5496 LINDBERGH LANE
BELL GARDENS, CA 90201


LA COLOMBE TORREFACTION
2620 EAST TIOGA STREET
PHILADELPHIA, PA 19134


LOS ANGELES COUNTY TAX COLLECT
225 NORTH HILL STREET
ROOM 122
LOS ANGELES, CA 90012


LUXE SEAFOOD CO.
732 S. ALAMEDA STREET
LOS ANGELES, CA 90021


MAIDEN VENTURES, LLC
245 E. 87TH STREET
SUITE 14G
NEW YORK, NY 10128


MODERN DAY MARKETING DBA
GRAND NATURAL
3111 NORTH TUSTIN STREET
ORANGE, CA 92865


NATURE'S PRODUCE
3305 BANDINI BOULEVARD
VERNON, CA 90058


PACIFIC COAST PROPANE
539 W. MAIN STREET
ONTARIO, CA 91762
```

PESTPOINT EXTERMINATOR CO.
3206 MARINE AVENUE
GARDENA, CA 90249


PICO CLEANERS
9150 W. PICO BOULEVARD
LOS ANGELES, CA 90035


REN ACQUISITION, INC.
2771 NAPA VALLEY CORPORATE DR.
NAPA, CA 94558


REVEL WINE LLC
PO BOX 11106
OAKLAND, CA 94611


RIPPI LABS, INC.
100 MASPETH AVENUE
BROOKLYN, NY 11211


ROYALTY COMMERCIAL CLEANING
1131 23RD STREET
SANTA MONICA, CA 90403


SAFETYPARK CORP
13420 BEACH AVENUE
MARINA DEL REY, CA 90292


SALESFORCE.COM, INC.
PO BOX 203141
DALLAS, TX 75320-3141


SOCALGAS
PO BOX C
MONTEREY PARK, CA 91756-5111


SOUTHERN GLAZER'S OF CA SOUTH
2501 HOOVER STREET
LOS ANGELES, CA 90007


SUMMA HAWAII, INC.
970 NORTH KALAHEO AVENUE
KAILUA, HI 96734

```
TOAST INC.
401 PARK DRIVE
BOSTON, MA 02215


VANCE WINE SELECTIONS
5146 NORTH COMMERCE AVENUE
MOORPARK, CA 93021


WEST COAST PRIME MEATS, LLC
344 CLIFFWOOD PARK STREET
BREA, CA 92821


WORLDWIDE PRODUCE
PO BOX 54399
LOS ANGELES, CA 90054


YEE YUEN LINEN SERVICE
2575 S. NORMANDIE AVENUE
LOS ANGELES, CA 90007
```