**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| In re:<br><br>73 MARKET LESSEE, LLC,<br><br>                   Debtor. | Chapter 7<br><br>Case No. |
|---|---|

## STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

    I, Marcel Reichart, declare under penalty of perjury that I am the Trustee of NH Holdings Trust, which is the sole member of 73 Market Lessee LLC (the "Corporation") and that the following is a true and correct copy of the resolutions adopted on behalf of the Corporation at a special meeting duly called and held on __4th__ of September, 2025.

    "Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 7 of Title 11 of the United States Code;

    Be It Therefore, Resolved, that Marcel Reichart, Trustee of the sole member of the Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 7 voluntary bankruptcy case on behalf of the corporation; and

    Be It Further Resolved, that Marcel Reichart, Trustee of the sole member of the Corporation, is authorized and directed to appear in person or through his appointee in all bankruptcy proceedings on behalf of the Corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Corporation in connection with that bankruptcy case, and

    Be It Further Resolved, that Marcel Reichart, Trustee of the sole member of the Corporation is authorized and directed to employ DuffyAmedeo LLP to represent the Corporation in its bankruptcy case."

Dated: September __4__, 2025          Signed: *Marcel Reichart*