September 10, 2025

**Via ECF**
Clerk of the Court
Southern District of New York
One Bowling Green
New York, New York 10004

      **Re:**    **73 Market Lessee LLC**
              **Chapter 7**
              **Case No. 25-11946 (MG)**

Dear Sir/Madam:

    Please be advised that Kenneth P. Silverman, Esq., the Chapter 7 Trustee in the above captioned matter, believes that a distribution to creditors is possible. Please send the appropriate notice to the creditors in this matter advising them to file a proof of claim with the Bankruptcy Court.

    Thank you for your assistance in this matter.

                                  Very truly yours,

                                  *s/ Linda S. Tumino*
                                  Linda S. Tumino

Enclosures
cc: Kenneth P. Silverman, Esq., the Chapter 7 Trustee (w/o encls.)